# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Megan E. Dawkins,<br><br>　　　　　　Debtor. | Case No. 19-14542-mdc<br><br>Chapter 13 |

## Withdrawal of Appearance

To the Clerk of Court:

Please withdraw my appearance as counsel for the Debtor in this matter.

Date: December 14, 2023

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Erik B. Jensen
　　Erik B. Jensen
　　1500 Walnut Street, Suite 1510
　　Philadelphia, PA 19102
　　215-546-4700
　　erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

Please enter my appearance as counsel for the Debtor in this matter.

Date: December 14, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com