**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br>     MEGAN E. DAWKINS <br><br> **Debtor** | Chapter 13 <br><br> Case No.19-14542-MDC |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                                             Respectfully submitted,

Date: March 14, 2024            By:   */s/ Kenneth E. West*
                                                      Kenneth E. West, Esquire, Chapter 13 Trustee
                                                      P.O. Box 40837
                                                      Philadelphia, PA  19107
                                                      (215) 627-1377 (Phone)